IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOE A. SIMMONS                                                              PLAINTIFF

       v.                    Civil No. 08-5188

NURSE SUSAN;
DR. HOWARD                                                                 DEFENDANTS

### ORDER

NOW on this 29th day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #22), filed on March 2, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #22) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the **defendants' motion for summary judgment** (document #15) is **DENIED** in its entirety.

**IT IS SO ORDERED.**

                        /s/ Jimm Larry Hendren
                        JIMM LARRY HENDREN
                        UNITED STATES DISTRICT JUDGE